DANIEL C. BROWN, Respondent, v. EDWARD W. STANCLIFT, Appellant.

(Argued January 26, 1880; decided February 3, 1880.)

*Abram Thorne* for appellant.

*Samuel Hand* for respondent.

AGREE to affirm on opinion below.
All concur.
Judgment affirmed.